UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERIC PEARN, )<br>    Plaintiff, )<br>)<br>   v. )<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>    Defendant. )<br>)<br>) | **AMENDED JUDGMENT**<br>Case No. 5:21-CV-477-KS |

---

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank on the Plaintiff's Motion for Judgment on the Pleadings and the Defendant's Motion for Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** the court grants Defendant's Motion to Remand [DE-23] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on September 20, 2022, with electronic service upon:

Derrick Arrowood, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*

 

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

DATE: September 20, 2022

/s/ *Shelia Foell*
(By): Shelia Foell
Deputy Clerk, U.S. District Court